**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-1322**

_____

TIMOTHY E. SUGGS,

        Plaintiff - Appellant,

    v.

PRINCE COURT, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Brian Scott Meyers, Magistrate Judge.  (4:25-cv-00112-FL-BM)

_____

Submitted:  July 23, 2026                    Decided:  July 28, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Timothy E. Suggs, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy E. Suggs seeks to appeal the magistrate judge's recommendation to the district court that Suggs's civil complaint be dismissed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The magistrate judge's recommendation is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*